FILED

Jan 05 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ JenniferSimmons     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 22-cr-01504-AGS |
|---|---|---|
| v. | ) ) ) ) ) ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT FOR DEFENDANT 14 ANDY LUI FUENTES** |
| ANDY LUI FUENTES (14), | ) | |
| Defendant, | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice only as to Defendant 14 Andy Lui Fuentes.

IT IS SO ORDERED.

DATED: January 5, 2024

_____
The Honorable Andrew G. Schopler
United States District Court